# SIMONS | LAW OFFICE

Joseph B. Simons  
joe@jbsimonslaw.com  
Tel (617) 544-9000

10 Post Office Square #800  
Boston, MA 02109  
Fax (617) 275-0934

February 4, 2022

Clerk of the Court  
United States District Court  
District of Massachusetts  
1 Courthouse Way, Suite 2300  
Boston, Massachusetts 02210

> **RE:** ***uFaktory Oy v. The Black Fives Foundation***, **Cancellation No. 92074679**
> **Seeking Clerk's signature on Subpoena Duces Tecum**
> **for use before the Trademark Trial and Appeal Board**

To the Clerk of the Court:

    I am local counsel for the law firm Buzko Krasnov, which represents the Petitioner, uFaktory Oy, before the Trademark Trial and Appeal Board ("TTAB") in its Petition for Cancellation against The Black Fives Foundation ("BFF"), under Cancellation No. 92074679. I am writing to request that the Clerk of the Court issue two subpoenas duces tecum pursuant to Fed. R. Civ. P. 45, commanding Puma North America, Inc., and 47 Brand, LLC, to produce documents and records for use before the TTAB. Petitioner's proposed subpoenas are annexed as Exhibit A (PUMA subpoena) and Exhibit B (47 Brand subpoena).

    Briefly, uFaktory Oy filed a petition seeking to cancel BFF's registration of the marks RENS in standard characters and RENS in stylized form (collectively, the "Marks") due to (1) BFF's fraudulent representations to the United States Patent and Trademark Office ("USPTO") made in connection with the registration of the Marks and (2) BFF's abandonment of the Marks. A copy of the Petition for Cancellation is annexed as Exhibit C (the exhibits annexed to the Petition are intentionally omitted here).

    To support its claims, uFaktory Oy submitted discovery demands to BFF regarding, in part, evidence of BFF's recent use of the Marks. In response, BFF produced documents which purport to indicate that it had entered into a licensing agreement with PUMA and 47 Brand permitting them to use the Marks. Accordingly, uFaktory Oy is seeking the production of documents from PUMA and 47 Brand pertaining to the claimed use of the Marks.

    PUMA North America, Inc., is headquartered in Westford, Massachusetts, the location where compliance with the proposed subpoena is required, and 47 Brand, LLC, is headquartered in Brockton, Massachusetts, the location where compliance with that proposed subpoena is required. Both are therefore within the confines of this Court's jurisdiction.

[Continued on next page]

Although the cancellation petition is pending before the TTAB, the Clerk of this Court may issue a Rule 45 subpoena duces tecum for use in that proceeding. 35 U.S.C. § 24 permits the clerk of any United States District Court to issue a subpoena for use in a case pending in the USPTO. It also states that "the provisions of the Federal Rules of Civil Procedure relating to the attendance of witnesses and to the production of documents and things shall apply to contested cases in the Patent and Trademark Office." *See* 35 U.S.C. § 24. Similarly, Title 37 of the Code of Federal Regulations sets forth rules pertaining to proceedings pending in the USPTO. Specifically, Part 2, Section 2.116, states that, "except as otherwise provided . . . procedure and practice in inter partes proceedings shall be governed by the Federal Rules of Civil Procedure." *See* 37 C.F.R. § 2.116(a). Then-Judge Gorsuch, writing on behalf of the Tenth Circuit, noted that a proceeding pending in the TTAB is an "inter partes proceeding," and that nowhere do the TTAB rules provide that Federal Rule of Civil Procedures 45 does not apply to these proceedings. *See El Encanto, Inc. v. Hatch Chile Co., Inc.*, 825 F.3d 1161, 1165 (10th Cir. 2016) (Gorsuch, J.) (holding that a party to a TTAB proceeding can obtain documents from a nonparty through the use of a subpoena); *see also Chamber of Com. of U.S. v. U.S. Hisp. Chamber of Com. Found.*, 2008 WL 506271, at *1 (S.D.N.Y. Feb. 22, 2008) (noting that discovery before the TTAB is governed "in large part" by the Federal Rules of Civil Procedures); *Osborne v. Google, LLC*, 2019 WL 118598, at *1 (W.D.N.C. Jan. 7, 2019) (denying a motion to quash a subpoena which was issued by the Clerk of the Western District of North Carolina pertaining to a matter pending before the TTAB).

Accordingly, pursuant to Fed. R. Civ. P. 45, uFaktory Oy is requesting that the Clerk of this Court issue the two annexed proposed subpoenas.

Respectfully submitted,

Joseph B. Simons
MA Bar 684030
Simons Law Office
10 Post Office Square, Suite 800
Boston, MA 02109
(617) 544-9000